# United States Bankruptcy Court

## District of Vermont

Filed & Entered
On Docket
October 9, 2018

In re:
Linda Ellis
Last four digits of Social–Security No or other Individual
Taxpayer–Identification No (ITIN): xxx–xx–1190
Debtor.

Case Number: 18–10399 cab
Chapter: 13

## NOTICE OF HEARING

**PLEASE BE ADVISED** that a hearing has been **SCHEDULED** for **November 16, 2018 at 01:30 PM** at the following location:

**U.S. Bankruptcy Court – Rutland**
**U.S. Post Office and Courthouse**
**151 West Street, Room 202**
**Rutland, VT**

to consider and act upon the following matters:

**CONFIRMATION OF CHAPTER 13 PLAN, DEBTOR'S ELIGIBILITY FOR CHAPTER 13 RELIEF, and DEBTOR'S COMPLIANCE WITH 11 U.S.C Sec. 521**

Parties are encouraged to file **OBJECTIONS** to the confirmation of a chapter 13 plan in writing. Objections must specify the grounds for the objection whether presented in writing or orally. If in writing, the objection should be filed with the Clerk and served on the U.S. Trustee, Chapter 13 Trustee and the Debtor and Attorney for the Debtor at least seven (7) days prior to the date set for the confirmation hearing.

<u>Chapter 13 Trustee</u>
Jan M. Sensenich
P.O. Box 1326
Norwich, VT 05055

<u>Debtor</u>
Linda Ellis
28 Elm St
Rutland, VT 05701

<u>Debtor's Attorney</u>
Rebecca A Rice
26 West St, Ste 1
Rutland, VT 05701–3274

<u>U.S. Trustee Address</u>
U.S. Trustee
74 Chapel Street, Suite #200
Albany, NY 12207

Dated: October 9, 2018

For the Court

Jeffrey S. Eaton
Clerk of Court

United States Bankruptcy Court
District of Vermont
11 Elmwood Ave
P.O. Box 1663
Burlington, VT 05402–1663

Tel. (844) 644–7459
VCIS* (866) 222–8029
* Voice Case Information System
http://www.vtb.uscourts.gov
Form 192 –

**Notice to Court Visitors**: Upon arrival at the court building, please be prepared to show two forms of identification (I.D.), one of which should be a government–issued photo I.D. or a student photo I.D.. Please, no cell phones or other electronic devices in the courthouse.

United States Bankruptcy Court
District of Vermont

In re:                                                                Case No. 18-10399-cab
Linda Ellis                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0210-2          User: sjl              Page 1 of 1              Date Rcvd: Oct 09, 2018
                              Form ID: 192           Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2018.
db         +Linda Ellis,   28 Elm St,   Rutland, VT 05701-3419
833624     +Intl Coll Sv/MAF Collections,   Po Box 2842,   Tampa, FL 33601-2842
833626     +MRS Associates,   1930 Olney Ave,   Cherry Hill, NJ 08003-2016
833627     +Rachel Ljunggren, Esq.,   Bendett & McHugh,   270 Farmington Ave, Ste 151,
             Farmington, CT 06032-1926
833628     +Rutland Civil Division,   83 Center Street,   Rutland, VT 05701-4039
833629     +Selene Finance L.P.,   P.O. Box 421517,   Houston, TX 77242-1517
833630      Tate & Kirlin Associates,   2810 Southampton Rd. Suite 240,   Langhorne, PA 19047
833633     +Wells Fargo Home Mtg,   Written Correspondence Resolutions,   Mac#X2302-04e Po Box 10335,
             Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr         +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 09 2018 20:10:30
             Exeter Finance LLC, c/o AIS Portfolio Services, LP,   4515 N Santa Fe Ave. Dept. APS,
             Oklahoma City, OK 73118-7901
833622     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 09 2018 19:59:11     Capital One,
             Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
833623     +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Oct 09 2018 20:10:30     Exeter Finance Corp,
             Po Box 166008,   Irving, TX 75016-6008
833625     +E-mail/Text: cio.bncmail@irs.gov Oct 09 2018 19:58:16     IRS,   PO Box 7346,
             Philadelphia, PA 19101-7346
833631      E-mail/Text: bankruptcy@td.com Oct 09 2018 19:58:17     Td Bank N.a.,   32 Chestnut St,
             Lewiston, ME 04240
833632      E-mail/Text: Tax.ComplianceSupport@vermont.gov Oct 09 2018 19:58:15
             Vermont Department of Taxes,   P.O. Box 429,   Montpelier, VT 05601-0429
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2018 at the address(es) listed below:
              Jan M. Sensenich    jansenseich@vermont13trustee.com,
               jodyb@vermont13trustee.com;dsensenich@vermont13trustee.com;margaretk@vermont13trustee.com;vermont13trustee@gmail.com
              Rebecca A Rice    on behalf of Debtor Linda  Ellis Steeplbush@aol.com, cohenricebky@aol.com
              U S Trustee    ustpregion02.vt.ecf@usdoj.gov
                                                                                              TOTAL: 3