**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF VERMONT**

**In re:**

|  |  |  |
|---|---|---|
| **LINDA ELLIS,** | ) | **Chapter 13** |
|  | ) | **Case No. 18-10399** |
| **Debtor.** | ) |  |

## NOTICE OF MOTION UNDER DEFAULT PROCEDURE

A **CHAPTER 13 PLAN WITH MOTION TO DETERMINE VALUE** has been filed on October 9, 2018 by Linda Ellis, by and through her attorney, Rebecca A. Rice, Esq., 26 West Street, Suite 1, Rutland, VT 05701-3274.

**IF YOU OBJECT TO THE MOTION,** you must file a written objection with the Clerk of Court **on or Before 4:00 PM October 29, 2018.** A copy of your objection must also be served on the moving party, the debtor, the debtor's counsel, the Office of the United States Trustee, the case trustee, if any, and in a chapter 11 case, the creditors' committee and its counsel, or if no committee is appointed, then upon the twenty largest unsecured creditors. Addresses for those parties are set forth below.

IF **AN OBJECTION IS FILED TIMELY,** the court will hold a hearing on the motion and any objections at **2:30 pm on November 16, 2018** at **the United States Bankruptcy Court – USPO, 151 West Street, Rutland, Vermont.**

DATED at City of Rutland, Vermont this 15th day of October, 2018.

/s/ Rebecca A. Rice
Rebecca A. Rice, Esq.
26 West Street, Suite 1
Rutland, VT 05701-3274
802-775-2352

| Debtor's Counsel: | Debtor: |
|---|---|
| Rebecca A. Rice, Esq. | Linda Ellis |
| 26 West Street, Ste 1 | 28 Elm Street |
| Rutland, VT 05701-3274 | Rutland, VT 05701 |
| | |
| Office of the US Trustee | Jan M. Sensenich, Esq. |
| 74 Chapel St., Ste 200 | PO Box 1326 |
| Albany, NY 12207 | Norwich, VT 05055 |