Fill in this information to identify the case:

Debtor 1     Linda Ellis

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of __VT__
                                                                        (State)

Case number   18-10399

---

Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

Name of creditor: US Bank Trust National Association, et al          Court claim no. (if known): 5-1

Last 4 digits of any number you use to
identify the debtor's account:        4   9   7   6

Does this notice supplement a prior notice of postpetition fees,
expenses, and charges?

☑  No

☐  Yes. Date of the last notice: _____/_____/_____

---

**Part 1:**   Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates Incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | | (3) | $ _____ |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | 11/21/2018 | (5) | $ 550 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ _____ |
| 11. Other. Specify: Plan Objection Fee | 11/14/2018 | (11) | $ 500 |
| 12. Other. Specify:_____ | | (12) | $ _____ |
| 13. Other. Specify:_____ | | (13) | $ _____ |
| 14. Other. Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1    __Linda Ellis__
            First Name      Middle Name      Last Name

Case number (if known) __18-10399__

---

**Part 2:   Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X _Michael J. E_____     Date  12  14  2018
  Signature                        __/____/_____

Print:   **Michael     J.     Egan**          Title   Bankruptcy Asset Manager
         First Name    Middle Name   Last Name

Company  **SN Servicing Corporation**

Address  **323 5th Street**
         Number        Street
         Eureka                     CA      95501
         City                       State   ZIP Code

Contact phone  800  603  0836          Email  bknotices@snsc.com
              (_____) _____-_____

---

## SPECIAL NOTICE

### THE FOLLOWING NOTICE IS GIVEN TO YOU IN THE EVENT THAT THE FEDERAL FAIR DEBT COLLECTIONS ACT APPLIES TO THIS COMMUNICATION.

The following statement provides you with notice of certain rights which you may have by law. Nothing in this statement modifies or changes the hearing date or response time specified in the attached documents or your need to take legal action to protect your rights in this matter. No provision of the following statement modifies or removes your need to comply with local rules concerning the attached documents.

### CONSUMER DISCLOSURE

This communication is made in an attempt to collect on a debt or judgment and any information obtained will be used for that purpose. Please be advised that if you notify Prober and Raphael, ALC within 30 days that all or a part of your obligation or judgment is disputed, then Prober and Raphael, ALC will mail you a written verification of the obligations or judgment and the amounts owed to US Bank Trust National Association, et al. In addition and upon your request within 30 days, you will be provided with the name and address of the original creditor, if different from the current creditor.

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I,   Magaly Olivares      , certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On      December 19, 2018      , I served the within NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Linda Ellis
28 Elm St
Rutland, VT 05701
Debtor

Rebecca A Rice
26 West St, Ste 1
Rutland, VT 05701-3274
Attorney for Debtor

Jan M. Sensenich
P.O. Box 1326
Norwich, VT 05055
Chapter 13 Trustee

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on   December 19, 2018      at Woodland Hills, California.

/s/  Magaly Olivares

## File a Claim Action:

<u>18-10399 Linda Ellis</u>

| | | |
|---|---|---|
| Type: bk | Chapter: 13 v | Office: 2 (Burlington) |
| Assets: y | Judge: cab | Case Flag: DbAppr |

### U.S. Bankruptcy Court

### District of Vermont

Notice of Electronic Filing

The following transaction was received from entered on 12/19/2018 at 3:00 PM EST and filed on 12/19/2018
**Case Name:**    Linda Ellis
**Case Number:**    <u>18-10399</u>
**Document Number:** <u>24</u>

**Docket Text:**
Notice of Post-Petition Mortgage Fees, Expenses and Charges Re: Claim Number(s) 5 Filed by U.S. Bank Trust National Assoc., et al.
(Raphael, Lee)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**PPFN .pdf
**Electronic document Stamp:**
[STAMP VTBStamp_ID=983309675 [Date=12/19/2018] [FileNumber=2042224-0]
[2e7958d4300b77e005782dbb0167e6c5ac990594356a1221fc560a4a5fa2e132dc210
bad1dbd877c692b3285deae77b807ee1efdb61801089256083304df5a4fb]]

**18-10399 Notice will be electronically mailed to:**

Melissa A. D. Ranaldo on behalf of Creditor Internal Revenue Service
melissa.ranaldo@usdoj.gov,
usavt.ecfmail@usdoj.gov;Robert.Lamoy@usdoj.gov;Caseview.ECF@usdoj.gov;Diane.Barcomb@usdoj.gov

Rebecca A Rice on behalf of Debtor Linda Ellis
Steeplbush@aol.com, cohenricebky@aol.com

Jan M. Sensenich
jansensenich@vermont13trustee.com,
jodyb@vermont13trustee.com;dsensenich@vermont13trustee.com;margaretk@vermont13trustee.com;vermont13trustee@gmail.com

U S Trustee
ustpregion02.vt.ecf@usdoj.gov

Jeffrey P. White on behalf of Creditor Wells Fargo Bank, N.A
jpw@vermontcounsel.com

**18-10399 Notice will not be electronically mailed to:**

Exeter Finance LLC, c/o AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

U.S. Bank Trust National Assoc., et al
c/o Prober & Raphael, A Law Corp.
323 5th Street
Eureka, CA 95501