B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of Vermont

In re Linda Ellis                         ,          Case No. 18-10399

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association, as Trustee of the Cabana Series III Trust | U.S. Bank Trust National Association, as Trustee of the Bungalow Series III Trust |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
C/O SN Servicing Corp.
323 5th Street
Eureka, CA 95501

Phone: 800-603-0836
Last Four Digits of Acct #: 4976

Court Claim # (if known): 5-1
Amount of Claim: $98531.94
Date Claim Filed: 11/21/2018

Phone: _____
Last Four Digits of Acct. #: 4976

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Michl J Ey           Date: 12/28/2018
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

RECEIVED DEC 31 2018
RECEIVED DEC 31 2018
RECEIVED DEC 31 2018

B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court

District Of Vermont

In re Linda Ellis   Case No. 18-10399   RECEIVED DEC 31 2018

5-124-6658

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 5-1 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

Name of Alleged Transferor
US Bank Trust National Association as Trustee of the Bungalow Series III Trust
c/o SN Servicing

Address of Alleged Transferor:
323 5th Street
Eureka, CA 95501

Name of Transferee
U.S. Bank Trust National Association as Trustee of the Cabana Series III Trust

Address of Transferee:
c/o SN Servicing Corp
323 5th Street
Eureka, CA 95501

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

**CLERK OF THE COURT**

# PROBER P&R RAPHAEL
## A LAW CORPORATION

DEAN R. PROBER (1956-2018)
LEE S. RAPHAEL
HOMAN MOBASSER
BONNI S. MANTOVANI
ANNA LANDA
DIANA TORRES-BRITO
ANGELA DAVTYAN
LAURA D'ANNA
ALEXANDER G. MEISSNER
S. RENEE SAWYER BLUME

20750 VENTURA BOULEVARD, SUITE 100
WOODLAND HILLS, CALIFORNIA 91364

www.pralc.com

P.O. BOX 4365
WOODLAND HILLS, CALIFORNIA 91365
(818) 227-0100
FAX: (818) 227-0637

January 3, 2019

US BANKRUPTCY COURT
Attn: Court Clerk
11 Elmwood Avenue
**P.O. Box 1663**
Burlington, VT 05402-1663

RE: Linda Ellis
BK No: 18-10399
PR No: S.124-6658.NF

Dear Sir/Madam:

Please file the enclosed Request for Transfer of Claim as we are unable to file on the CM/EFC website.

Please docket.

Thank you,

/s/ Yupe Salazar
Secretary for PROBER & RAPHAEL

Encl.
*$25.00 Filing Fee